FILED
2026 Oct-27 PM 12:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRENDA ALMA ALVAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:25-cv-1845-MHH-GMB |
| | ) | |
| JOHN MEADE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

On October 23, 2025, *pro se* plaintiff Brenda Alma Alvarez sued Regional Physician John Meade and the FCI Aliceville medical staff under 42 U.S.C. § 1983. (Doc. 1). After the Court ordered Ms. Alvarez to either file an application to proceed in forma pauperis or pay a filing fee, Ms. Alvarez moved to proceed *in forma pauperis*. (Docs. 2, 3).

On November 11, 2025, Judge Borden, the magistrate judge assigned to this case, identified a deficiency in Ms. Alvarez's *ifp* application and ordered her to file a new application correcting the deficiency. (Doc. 4). Ms. Alvarez filed a second application to proceed *ifp* but did not correct the identified deficiency. (*See* Docs. 5, 6). On January 6, 2026, Judge Borden again ordered Ms. Alvarez to file a complete *ifp* application within 14 days. (Doc. 6). When Ms. Alvarez did not comply, Judge Borden recommended that the Court dismiss Ms. Alvarez's

complaint for failure to prosecute. (Doc. 7). On February 11, 2026, Ms. Alvarez filed a completed *ifp* application, (Doc. 8), and Judge Borden withdrew his recommendation. (Doc. 9).

On August 31, 2026, Judge Borden ordered Ms. Alvarez to file an amended complaint within 21 days. (Doc. 15). When Ms. Alvarez did not comply with the August 31, 2026 order, Judge Borden entered a report on September 30, 2026, in which he recommended that the Court dismiss this action for failure to prosecute. (Doc. 16).[1] Judge Borden informed Ms. Alvarez of her right to file written objections within 14 days. (Doc. 16). To date, the Court has not received written objections from Ms. Alvarez.

After consideration of the electronic record in this case and Judge Borden's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this matter without prejudice for failure to prosecute.

**DONE** and **ORDERED** this October 27, 2026.

Madeline H. Haikala

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

[1] In the report, Judge Borden noted that the Alabama Department of Corrections released Alvarez on May 29, 2026. (Doc. 16, p. 2 n. 1; *see also* Doc. 13). After her release, Ms. Alvarez "updated her address to what appears to be a law office even though no attorney has appeared on her behalf. The court mailed the order to amend to this updated address and it has not been returned." (Doc. 16, p. 2 n. 3; *see also* Doc. 13).